**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1880**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SOLEDAD LOPEZ DE AVILEZ; MATEO AVILEZ DUARTE,

        Claimants – Appellants,

    and

JULIAN AVILEZ,

        Defendant,

DON CECIL HINSON,

        Claimant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, District Judge. (7:08-cr-00028-D-1)

———————

Submitted: June 26, 2012        Decided: July 26, 2012

———————

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jorgelina E. Araneda, ARANEDA LAW FIRM, PC, Raleigh, North Carolina, for Appellants. Thomas G. Walker, United States

Attorney, Jennifer P. May-Parker, Stephen A. West, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Soledad Lopez De Avilez and Mateo Avilez Duarte appeal the district court's order dismissing their petition with respect to real property subject to an order of forfeiture and entering a final order of forfeiture. The district court dismissed the petition as a sanction for failure to comply with a court order compelling discovery. We have reviewed the briefs and the relevant portions of the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. United States v. Avilez, No. 7:08-cr-00028-D-1 (E.D.N.C. July 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

3